UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA,

           -against-                           16-cr-0212 (LAK)

JABRIEL LEWIS,

                      Defendant..
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        The government shall respond to the motion for compassionate release on or before March 9, 2021.

        The Clerk shall mail a copy of this order to the defendant.

        SO ORDERED.

Dated:        February 20, 2021

                                          Lewis A. Kaplan
                                 United States District Judge