# MEMO ENDORSED

Jabriel Lewis.

   Movant,

v.                          Case No.: 1:(S1)16-CR-212-52(LAK)

United States of America,

   Respondent,

MOTION FOR COMPASSIONATE RELEASE

BASED ON EXTRAORDINARY AND COMPELLING REASONS

PURSUANT TO 18 U.S.C. 3582(C)(1)(A)

*[Handwritten endorsement: Motion denied substantially for the reasons stated in the gov't's opposition. SO ORDERED. LEWIS A. KAPLAN, USDJ 3/25/21]*

The Movant, Jabriel Lewis, pro-se, respectfully moves this Honorable Court to grant his immediate release from confinement, pursuant to the statute governing compassionate

release, 18 U.S.C. 3582(c)(1)(A). The Court is asked to review this motion on an emergency

basis due to the imminent danger posed by the COVID-19 virus on Mr. Lewis's life. For all

the following extraordinary and compelling reasons, the court should grant the motion.

I. JURISDICTION

The Court has jurisdiction to grant compassionate release, pursuant to 18 U.S.C. 3682